IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DAVID VIAMONTES-PANDO,<br>HENRY HERRERA, and MAIKO<br>ARAGON,<br>                  Defendants. | No. 16-CR-24<br><br>**INDICTMENT**<br><br>Count 1<br>   18 U.S.C. § 1029(b)(2): Conspiracy<br>   to Unlawfully Produce, Use, and<br>   Traffic in Counterfeit Access<br>   Devices (Viamontes-Pando,<br>   Herrera, and Aragon)<br><br>Count 2<br>   18 U.S.C. § 1028A(a)(1):<br>   Aggravated Identity Theft<br>   (Aragon)<br><br>Count 3<br>   18 U.S.C. § 1028A(a)(1):<br>   Aggravated Identity Theft<br>   (Herrera)<br><br>Count 4<br>   18 U.S.C. § 1028A(a)(1):<br>   Aggravated Identity Theft<br>   (Aragon)<br><br>Count 5<br>   18 U.S.C. § 1028A(a)(1):<br>   Aggravated Identity Theft<br>   (Herrera)<br><br>Count 6<br>   18 U.S.C. § 1028A(a)(1):<br>   Aggravated Identity Theft<br>   (Viamontes-Pando) |

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 3/23/2016
ROBERT L. PHELPS, CLERK

1

```
)   Count 7
)       18 U.S.C. § 1029(b)(1):
)       Attempting and Aiding and
)       Abetting the Attempt to Use a
)       Counterfeit Access Device
)       (Viamontes-Pando and Herrera)
)
)   Count 8
)       18 U.S.C. § 1029(a)(1): Using a
)       Counterfeit Access Device
)       (Aragon)
```

The Grand Jury charges:

## Count 1

### Conspiracy to Unlawfully Produce, Use, and Traffic in Counterfeit Access Devices

Beginning no later than January 7, 2016, and continuing through on or about February 1, 2016, in the Northern District of Iowa and elsewhere, defendants DAVID VIAMONTES-PANDO, HENRY HERRERA, and MAIKO ARAGON conspired and agreed, together and with others known and unknown to the grand jury, to knowingly and with the intent to defraud produce, use, and traffic in one or more counterfeit access devices, namely, credit cards containing account numbers not assigned to them, said production, use and trafficking affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(b)(2) and 1029(a)(1).

MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that defendants DAVID VIAMONTES-PANDO, HENRY HERRERA, and MAIKO ARAGON produced counterfeit credit cards using stolen credit card account information associated with actual persons. It was also part of the conspiracy that defendants traveled to the Northern District of Iowa and

2

elsewhere to use and attempt to use the counterfeit credit cards to make purchases at various business establishments.

## OVERT ACTS

In furtherance of the above conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Northern District of Iowa and elsewhere:

a)   On or about January 7, 2016, Maiko Aragon rented a red Hyundai sedan at the Chicago O'Hare International Airport.

b)   Later that day, Maiko Aragon and Henry Herrera arrived at a Walgreens store in Cedar Rapids, Iowa, in the red Hyundai sedan.

c)   Maiko Aragon, using a credit card number ending in the last four digits 8506, which was not assigned to him, completed a $211.22 purchase at the Walgreens store in Cedar Rapids, Iowa.

d)   Approximately seven minutes later, Henry Herrera, using a credit card number ending in the last four digits 6293, which was not assigned to him, completed a $323.11 purchase at the same Walgreens store.

e)   On or about January 8, 2016, Henry Herrera, using credit card numbers ending in the last four digits 5424 and 7127, which were not assigned to him, completed purchases for $36.11 and $373.11 at a Target store in Cedar Rapids, Iowa.

f)   On or about January 14, 2016, Henry Herrera, using a credit card number ending in the last four digits 8638, which was not assigned to him, completed a $217.23 purchase at a Walgreens store in Cedar Rapids, Iowa.

g)   On the same day and at the same store, Herrera attempted to use a credit card number ending in the last four digits 9587, which was not assigned to him, but was unable to complete a purchase.

h)   On or about January 15, 2016, Henry Herrera, using a credit card number ending in the last four digits 8961, which was not assigned to him, completed a $308.09 purchase at a Walgreens store in Marion, Iowa.

i)   On or about January 15, 2016, Henry Herrera, using a credit card number

3

ending in the last four digits 6178, which was not assigned to him, completed a $321.44 purchase at a Walgreens store in Cedar Rapids, Iowa.

j)      On or about January 15, 2016, Henry Herrera, attempted to use credit card numbers ending in the last four digits 1655, 3080, 5983, and 2220, which were not assigned to him, at a Walgreens store in Waterloo, Iowa, but was unable to complete a purchase.

k)      On or about January 15, 2016, Henry Herrera, using credit card numbers ending in the last four digits 8425 and 1631, which were not assigned to him, completed purchases for $308.63 and $213.94 at a Walgreens store in Cedar Rapids, Iowa.

l)      On or about January 15, 2016, Henry Herrera, using a credit card number ending in the last four digits 9850, which was not assigned to him, completed purchases for $308.63 and $213.94 at a Walgreens store in Cedar Rapids, Iowa.

m)      On or about January 15, 2016, Henry Herrera, using a credit card number ending in the last four digits 5171, which was not assigned to him, completed a $409.22 purchase at a Walgreens store in Marion, Iowa.

n)      On the same day and at the same store, Herrera attempted to use a credit card number ending in the last four digits 5700, which was not assigned to him, but was unable to complete a purchase.

o)      On or about January 15, 2016, Henry Herrera, using a credit card number ending in the last four digits 9310, which was not assigned to him, completed a $312.43 purchase at a Walgreens store in Cedar Rapids, Iowa.

p)      On the same day and at the same store, Herrera attempted to use a credit card number ending in the last four digits 1001, which was not assigned to him, but was unable to complete a purchase.

q)      On or about January 16, 2016, Henry Herrera, using a credit card number ending in the last four digits 0775, which was not assigned to him, completed a $418.98 purchase at a Walgreens store in Cedar Rapids, Iowa.

r)      On the same day and at the same store, Herrera attempted to use credit card numbers ending in the last four digits 1210 and 6888, which were not assigned to him, but was unable to complete purchases.

s)      On or about January 16, 2016, Henry Herrera, using credit card number ending in the last four digits 2190 and 2062, which were not assigned to

4

him, completed purchases for $409.31, $185.53, and $223.99 at a Target store in Cedar Rapids, Iowa.

t) On the same day and at the same store, Herrera attempted to use credit card numbers ending in the last four digits 1502 and 8045, which were not assigned to him, but was unable to complete purchases.

u) On or about January 16, 2016, Henry Herrera, using credit card numbers ending in the last four digits 2611 and 1210, which were not assigned to him, completed purchases for $208.65 and $212.36 at a Walgreens store in Iowa City, Iowa.

v) On the same day and at the same store, Herrera attempted to use credit card numbers ending in the last four digits 0775 and 2854, which were not assigned to him, but was unable to complete purchases.

w) On or about January 16, 2016, Henry Herrera, using credit card numbers ending in the last four digits 1484 and 2190, which were not assigned to him, completed purchases for $215.57 and $212.36 at a Walgreens store in Cedar Rapids, Iowa.

x) On or about January 16, 2016, Henry Herrera, attempted to use credit card numbers ending in the last four digits 1738, 1210, 2062, 0775, 8045, 1277, and 5873, which were not assigned to him, at a Walgreens store in Marion, Iowa, but was unable to complete any purchases.

y) On or about January 16, 2016, David Viamontes-Pando and another male, using a credit card number ending in 0067, which was not assigned to either Viamontes or the other male, completed purchases for $308.08 and $309.15 at a Walgreens store in Cedar Rapids, Iowa.

z) On or about January 16, 2016, David Viamontes-Pando and another male, using a credit card number ending in 5905, which was not assigned to either Viamontes or the other male, completed purchases for $308.68 and $308.68 at a Walgreens store in Marion, Iowa.

aa) On or about January 17, 2016, David Viamontes-Pando, using a credit card number ending in 8088, which was not assigned to him, completed a purchase for $110.18 at a Walgreens store in Coralville, Iowa.

bb) On or about January 17, 2016, David Viamontes-Pando, using credit card numbers ending in 4927 and 4110, which were not assigned to him, completed purchases for $111.29 at a Walgreens store in Cedar Rapids, Iowa.

5

cc)  On the same day and at the same store, Viamontes-Pando attempted to use a credit card number ending in 4927, which was not assigned to him, but was unable to complete the purchase.

dd)  On January 28, 2016, David Viamontes-Pando and Henry Herrera arrived at Chicago O'Hare International Airport on the same flight, which originated from Fort Lauderdale, Florida.

ee)  Later that day, Viamontes-Pando attempted to use a credit card to complete a purchase at a Walgreens store in Marion, Iowa.

ff)  Herrera and Viamontes-Pando then left the Walgreens store in the same car.

gg)  When law enforcement attempted to conduct a traffic stop on the car, Viamontes-Pando began throwing credit cards, which contained credit card numbers that were not assigned to him, out of the passenger side window of the car.

hh)  When law enforcement apprehended Herrera and Viamontes-Pando, both were in possession of multiple credit cards which contained credit card numbers that were not assigned to either Herrera or Viamontes-Pando.

ii)  On January 31, 2016, Maiko Aragon used a credit card number ending in 0816, which was not assigned to him, to make a $130.10 purchase at a Longhorn Steakhouse restaurant in Waterloo, Iowa.

jj)  On February 1, 2016, when law enforcement in Illinois arrested Maiko Aragon, he was in possession of multiple credit cards which contained credit card numbers that were not assigned to him.

This was all in violation of Title 18, United States Code, Section 1029(b)(2).

## Count 2

### Aggravated Identity Theft

On or about January 7, 2016, in the Northern District of Iowa, defendant,

MAIKO ARAGON, during and in relation to Count 1 above, did knowingly transfer,

possess, and use without lawful authority a means of identification that defendant

6

knew belonged to another person, including the credit card number bearing the last four digits "8506," of another actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 3

### Aggravated Identity Theft

On or about January 7, 2016, in the Northern District of Iowa, defendant, HENRY HERRERA , during and in relation to Count 1 above, did knowingly transfer, possess, and use without lawful authority a means of identification that defendant knew belonged to another person, including the credit card number bearing the last four digits "6293," of another actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 4

### Aggravated Identity Theft

On or about January 12, 2016, in the Northern District of Iowa, defendant, MAIKO ARAGON , during and in relation to Count 1 above, did knowingly transfer, possess, and use without lawful authority a means of identification that defendant knew belonged to another person, including the credit card number bearing the last four digits "4032," of another actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 5

### Aggravated Identity Theft

On or about January 14, 2016 , in the Northern District of Iowa, defendant,

HENRY HERRERA , during and in relation to Count 1 above, did knowingly transfer, possess, and use without lawful authority a means of identification that defendant knew belonged to another person, including the credit card number bearing the last four digits "8638," of another actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 6

### Aggravated Identity Theft

On or about January 17, 2016 , in the Northern District of Iowa, defendant, DAVID VIAMONTES-PANDO , during and in relation to Count 1 above, did knowingly transfer, possess, and use without lawful authority a means of identification that defendant knew belonged to another person, including the credit card number bearing the last four digits "4110," of another actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 7

### Attempting and Aiding and Abetting the Attempt to Use a Counterfeit Access Device

On or about January 28, 2016, in the Northern District of Iowa, defendants DAVID VIAMONTES-PANDO and HENRY HERRERA, knowingly and with the intent to defraud, attempted and aided and abetted the attempt to use a counterfeit access device, namely, a credit card containing an account number not assigned to them, said use affecting interstate commerce.

This was in violation of Title 18, United States Code, Sections 1029(b)(1), 1029(a)(1), and (2)(a).

8

## Count 8

### Using a Counterfeit Access Device

On or about January 31, 2016, in the Northern District of Iowa, defendant MAIKO ARAGON, knowingly and with the intent to defraud, used a counterfeit access device, namely, a credit card containing an account number not assigned to him, said use affecting interstate commerce.

This was in violation of Title 18, United States Code, Section 1029(a)(1).

A TRUE BILL

/s/Foreperson

Foreperson                                   Date  3/23/16

KEVIN W. TECHAU
United States Attorney

By:

RAVI T. NARAYAN
Assistant United States Attorney

9